

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2014

No. 04-14-00683-CR

Ex Parte Robert **GOMEZ**,
Appellant

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR1918
Lorina I. Rummel, Judge Presiding

## O R D E R

This is an appeal from the denial of a writ of habeas corpus based on a claim of double jeopardy. Appellant's brief, which was filed on November 19, 2014, includes citations to the reporter's record. However, no reporter's record was filed in this appeal. On December 3, 2014, the State filed a motion to abate this appeal, arguing that the reporter's record is necessary to this appeal.

The State's motion to abate this appeal is GRANTED. All appellate deadlines are suspended until the reporter's record is filed.

We ORDER appellant to provide written proof to this Court within ten days of the date of this order that he has contacted the court reporter and arranged for the filing of the reporter's record in this Court.

The State's brief is due no later than twenty days after the reporter's record is filed in this Court.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court